UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-CV-23381-KMW

VICTOR ARIZA,

    Plaintiff,

v.

PAYLESS SHOESOURCE WORLDWIDE,
LLC, a foreign limited liability company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Victor Ariza ("Plaintiff"), and Defendant, PAYLESS SHOESOURCE WORLDWIDE, LLC ("Defendant"), (collectively the "Parties"), through their respective undersigned counsel, hereby advise the Court that the Parties have reached an agreement to settle this case pending execution of a settlement agreement. The Parties will file appropriate documents to close the case once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court stay or set aside all currently set deadlines pending finalization of settlement documents.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CASE NO. 22-CV-23381-KMW

Respectfully submitted this 30th day of November 2022

| | |
|---|---|
| *s/ Roderick V. Hannah* | *s/ Shayla N. Waldon* |
| Roderick V. Hannah, Esq. | Scott S. Allen, Esq. |
| Florida Bar No. 435384 | Florida Bar No. 143278 |
| RODERICK V. HANNAH, ESQ., P.A. | Email: *scott.allen@jacksonlewis.com* |
| Email: *rhannah@rhannahlaw.com* | Shayla N. Waldon, Esq. |
| 4800 N. Hiatus Road | Florida Bar No. 105636 |
| Sunrise, Florida 33351 | Email: *shayla.waldon@jacksonlewis.com* |
| Telephone: (954) 362-3800 | JACKSON LEWIS P.C. |
| | One Biscayne Tower, Suite 3500 |
| Pelayo M. Duran, Esq. | 2 South Biscayne Boulevard |
| Florida Bar No. 0146595 | Miami, Florida 33131 |
| LAW OFFICE OF PELAYO DURAN, P.A. | Telephone: (305) 577-7600 |
| Email: *duranandassociates@gmail.com* | |
| 4640 N.W. 7th Street | *Counsel for Defendant,* |
| Miami, Florida 33126 | *Payless Shoesource Worldwide, LLC* |
| Telephone: (305) 266-9780 | |

*Counsel for Plaintiff, Victor Ariza*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document is being served on November 30, 2022, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Shayla N. Waldon*
Shayla N. Waldon, Esq.

2